

# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 679003
### Austin, Texas 78767-9003

January 5, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-13-004352 and Court of Appeals number 03-14-00771-CV, styled, Sanadco Inc. Et Al v Susan Combs Et Al was due in your office December 15, 2014.  This office has not received payment for this record as of today.  Therefore, I am requesting an extension for filing.  Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk I
(512) 854-4309

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax:  854-4744 | fax:  854-9549 | fax:  854-4566 | fax:  854-4457 |